**FILED**

SEP 17 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 18-12-BU-DLC |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| vs. | |
| JOSEPH WAYNE WATERS, | |
| Defendant. | |

Before the Court is the United States's Motion for Preliminary Order of Forfeiture. Defendant Joseph Wayne Waters appeared before the Court on September 11, 2018, and entered a plea of guilty to count II of the indictment. He also admitted the forfeiture allegation. Waters' plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

(1) that Defendant Waters' interest in the following property is forfeited to the United States in accordance with U.S.C. § 924(d):

1

- a Ruger LCP, .380-caliber pistol, serial number 371507552, with a holster and six rounds of ammunition;

- an Industria Nacional de Arms, model Tiger, .32-caliber revolver, serial number 210271, with a holster and six rounds of ammunition;

- a Taurus, model PT111 G2, 9mm pistol, serial number TJX10193, with a black "Uncle Mikes" holster;

- an Israel Military Industries, model Desert Eagle, .40-caliber pistol, serial number 31311917;

- a Glock, model 21, .45-caliber pistol, serial number XVZ551;

- an Accu-Tek .380-caliber pistol, serial number 043665;

- a Remington, model 788, 6mm rifle, serial number A6170353;

- a Ruger P89, 9mm pistol, serial number 30511911, with 16 rounds of ammunition; and

- two magazines with ammunition, one Hornady .223 ammunition casing, one .22 cartridge, a holster, and miscellaneous magazines and ammunition.

(2) that the ATF, United States Marshal's Service, or its designated sub custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

(3) that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an

official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

(4) that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 17th day of September, 2018.

/s/ Dana L. Christensen

DANA L. CHRISTENSEN
Chief Judge, United States District Court

3