RECEIVED
FEB 20 2019
Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH WAYNE WATERS,<br><br>Defendant. | CR 18-12-BU-DLC<br><br>FINAL ORDER<br>OF FORFEITURE |

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 39.) Upon review of the motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d) and Rule 32.2, Federal Rules of Criminal Procedure.

2. A preliminary order of forfeiture was entered on September 17, 2018. (Doc. 26.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and Rule 32.2, Federal Rules of Criminal Procedure.

It is therefore ORDERED:

1. The motion for final order of forfeiture is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party, the following property:

- A Ruger LCP, .380-caliber pistol, serial number 371507552, with a holster and six rounds of ammunition;
- an Industria Nacional de Arms, model Tiger, .32-caliber revolver, serial number 210271, with a holster and six rounds of ammunition;
- a Taurus, model PT111 G2, 9mm pistol, serial number TJX10193, with a black "Uncle Mikes" holster;
- an Israel Military Industries, model Desert Eagle, .40-caliber pistol, serial number 31311917;
- a Glock, model 21, .45-caliber pistol, serial number XVZ551;
- an Accu-Tek .380-caliber pistol, serial number 043665;
- a Remington, model 788, 6mm rifle, serial number A6170353;
- a Ruger P89, 9mm pistol, serial number 30511911, with 16 rounds of
- ammunition; and
- two magazines with ammunition, one Hornady .223 ammunition casing, one .22 cartridge, a holster, and miscellaneous magazines and ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 20th day of February, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

3